WHITMORE, appellant, v. VAN, STEENBERGH.

*Order of arrest — false representations.*

An order of arrest was granted, upon affidavits showing that credit for goods was given to the defendant upon representations as to his financial condition, and that his property was unincumbered; which representations were untrue. *Held,* that the order was properly granted.

The defendant moved to vacate the order of arrest, upon affidavits denying the making of the representations, and setting up a special partnership agreement between himself and the plaintiff, the existence of which was denied by the latter, and his denial was corroborated by three witnesses. The defendant failed to establish the making of the agreement, or a course of dealing under it. *Held,* that under these circumstances a motion to vacate the order of arrest should be denied.

APPEAL from an order of the court at special term vacating an order for the arrest of defendant.

*Charles H. Smith, Jr.,* for appellant.

*John N. Lewis,* for respondent.

BARRETT, J.

The opinion contains only a review of the evidence, and a statement of the conclusions set forth in the head-notes, and it is not believed important to publish it in full.

*Order reversed.*